## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 2:20-cv-0111 |
| | ) | |
| Plaintiff, | ) | |
| | ) | United States District Judge |
| v. | ) | Robert J. Colville |
| | ) | |
| $38,411.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | United States Magistrate Judge |
| | ) | Maureen P. Kelly |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of the Magistrate Judge Maureen P. Kelly (ECF No. 9) recommending that the Motion for Judgment of Forfeiture filed by Plaintiff United States of America (ECF No. 8) be granted. Objections to the Report and Recommendation were due by July 28, 2020 for registered ECF users and July 31, 2020 for unregistered ECF users. No objections were filed. The matter is ripe for disposition.

The district court must make a *de novo* determination of those portions of the report to which objections are made. 28 U.S.C. § 636(b)(1)(C); *see also Henderson v. Carlson*, 812 F.2d 874, 877 (3d Cir. 1987). This Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The district court judge may also receive further evidence or recommit the matter to the magistrate judge with instructions

**AND NOW**, this 3rd day of August, 2020, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

**IT IS ORDERED** that the Report and Recommendation (ECF No. 9) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Judgment and Final Order of Forfeiture, ECF No. 8 is **GRANTED**. Judgment and Final Order of Forfeiture to follow.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

The Clerk shall mark this case closed.

**SO ORDERED** this 3rd[th] day of August, 2020

*s/ Robert J. Colville*
Robert J. Colville
United States District Judge

cc: all Registered ECF Counsel